CLOSED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| RUSSELL TINSLEY, | Civil Action No.:10-4605 (FSH) |
| Plaintiff, | |
| v. | **O R D E R** |
| DR. MARINA MOSHKOVICH, et al., | |
| Defendants. | |

    The Court having considered plaintiff's application to proceed in forma pauperis and file the complaint without prepayment of fees pursuant to 28 U.S.C. § 1915; and the Court having screened the complaint to determine whether dismissal is warranted pursuant to 28 U.S.C. § 1915(e)(2); and for the reasons set forth in the opinion filed herewith;

    It is on this 19th day of July, 2011,

    ORDERED that plaintiff's application to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915, is hereby granted; and it is further

    ORDERED that the Clerk of the Court is directed to file the complaint in the above-captioned action; and it is further

    ORDERED that plaintiff's complaint is hereby dismissed, without prejudice, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1), for failure to state a claim upon which relief may be granted; within 45 days from the date this order is entered,

plaintiff may move to reopen his case, attaching to any such motion a proposed amended complaint which addresses the deficiencies of the complaint as stated in the opinion accompanying this order; and it is finally

ORDERED that the Clerk of the Court shall close this case.

S/ Faith S. Hochberg
FAITH S. HOCHBERG
United States District Judge
